## JACOBS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 23, September Term, 1962.]

*Decided October 10, 1962.*

Before the full Court.

PER CURIAM.

For the reasons stated in the opinion of Judge Allen of the Criminal Court of Baltimore, application is denied.